PROB 12C
8/08



FILED ___ LODGED
RECEIVED ___ COPY

FEB 17 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant

**SEALED**

| | | | |
|---|---|---|---|
| Name of Offender: | Vincent Matthew CIARAVELLA | Case No.: | 10CR50158-JMR-JJM |
| Name of Judicial Officer: | The Honorable John M. Roll, Chief U.S. District Judge | | |
| Date of Original Sentence: | 11/24/2003 (Eastern District of Virginia) | | |
| Original Offense: | Count 1: Felon in Possession of a Firearm, 18 USC § 922(g)(1) and (a)(2), a Class D felony. | | |
| Original Sentence: | 57 months imprisonment, 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | 03/12/2010 |
| | | Date Supervision Expires: | 03/11/2013 |
| Assistant U.S. Attorney: | Jerry Albert (520) 620-7300 | Defense Attorney: | Not assigned (sentenced in the Eastern District of Virginia) |

### Petitioning the Court to issue a Warrant

The probation officer alleges Vincent Matthew CIARAVELLA has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) <u>Standard Condition No. 1</u>: *You shall not commit another federal, state, or local crime during the term of supervision.* | 1) On or about December 15, 2011, Ciaravella operated a motor vehicle while his driving privileges were suspended, a potential misdemeanor criminal violation, in violation of Arizona Revised Statutes § 28-3473. This allegation is based on the defendant's behavior, not a conviction. *§7B1.1 Application Note 1*. A Grade C violation §7B1.1(a)(3). |



PO
USA
USPO

Copies Distributed

CIARAVELLA, Vincent Matthew
Petition to Revoke
February 14, 2012

B) <u>Special Condition No. 1:</u> *The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.*

1) On or about January 24, 2012, the offender was unsuccessfully discharged from substance abuse treatment at Correctional Health Care, Tucson. A Grade C violation §7B1.1(a)(3).

C) <u>Special Condition Added via Waiver and Order on June 9, 2011:</u> *You shall abstain from all use of alcohol or alcoholic beverages.*

1) On September 15, 2011, Ciaravella consumed alcohol, as evidenced by a positive Breathalyzer test. The test was administered by the probation officer at the offender's residence. A Grade C violation §7B1.1(a)(3).

2) On December 15, 2011, during a home contact, Ciaravella was found to be in possession of a 24-pack of beer. A Grade C violation §7B1.1(a)(3).

3) On or about January 13, 2012, Ciaravella consumed alcohol, as evidenced by a positive Breathalyzer test. The test was administered by the probation officer at the probation office. A Grade C violation §7B1.1(a)(3).

4) On or about January 24, 2012, Ciaravella consumed alcohol, as evidenced by a positive Breathalyzer test. The test was administered by the probation officer at Correctional Health Care, Tucson. A Grade C violation §7B1.1(a)(3).

CIARAVELLA, Vincent Matthew
Petition to Revoke
February 14, 2012

## U.S. Probation Officer Recommendation and Justification

Ciaravella has violated the trust of the Court. A warrant is recommended as Ciaravella is believed to be a danger to himself given his continued alcohol abuse. Additionally, the offender has a history of driving while intoxicated and has continued to drive despite having his driving privileges suspended.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____ 02/14/2012
Deborah L. Valenzuela                Date
U.S. Probation Officer
Office Phone: (520) 205-4673
Cell Phone:   (520) 861-2503

_____ 2/14/2012
James M. Blount II                   Date
Supervisory U.S. Probation Officer
Office Phone: (520) 205-4490
Cell Phone:   (520) 401-3972

---

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____        2 16 12
U.S. District Judge                    Date